ACCEPTED
03-14-00012-CV
4493960
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 2:12:48 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00012-CV

<table>
<tr><td>IN THE COURT OF APPEALS<br>FOR THE THIRD DISTRICT<br>AUSTIN, TEXAS</td><td>FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>3/13/2015 2:12:48 PM<br>JEFFREY D. KYLE<br>Clerk</td></tr>
</table>

STATE OFFICE OF RISK MANAGEMENT

v.

KATINA A. EDWARDS

On appeal from the 53rd Judicial District Court
of Travis County, Texas; Cause No. D-1-GN-09-003089;
The Honorable Tim Sulak, Presiding

## TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION'S MOTION TO PARTICIPATE IN ORAL ARGUMENT

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for
Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

DENNIS M. MCKINNEY
Assistant Attorney General
State Bar No. 13719300
Office of the Texas Attorney General
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4020
Facsimile:   (512) 320-0167
dennis.mckinney@texasattorneygeneral.gov

*Attorneys for Amicus Curiae, Texas
Department of Insurance, Division of
Workers' Compensation*

Dated:     March 13, 2015

No. 03-14-00012-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT
AUSTIN, TEXAS

STATE OFFICE OF RISK MANAGEMENT
v.
KATINA A. EDWARDS

On appeal from the 53rd Judicial District Court
of Travis County, Texas; Cause No. D-1-GN-09-003089;
The Honorable Tim Sulak, Presiding

**TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS'
COMPENSATION'S AGREED MOTION TO PARTICIPATE IN ORAL
ARGUMENT**

TO THE HONORABLE JUSTICES OF THE TEXAS THIRD COURT OF
APPEALS:

COMES NOW, the Texas Department of Insurance, Division of Workers'

Compensation ("the Division"), and respectfully files this Motion to Participate in

Oral Argument, and offers the following:

1.     Oral Argument for this case is set for March 25, 2015 at 1:30 p.m.

2.     Assistant Attorney General Dennis M. McKinney represents the

Division, Amicus Curiae.   Brad McClellan represents Appellee, Katrina Edwards.

The Division is not a party to this appeal, and has filed an Amicus Curiae Brief.

1

3. Counsel for Appellee Katrina Edwards, has offered to allow counsel for the Division to use the first five (5) minutes of Appellee's time to argue.

4. Counsel for the Division hereby seeks permission from this Court to participate in oral argument and allow the Division to use five minutes of Appellee's time to argue.

5. Counsel for Appellee is in agreement with this Motion and request.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

/s/ Dennis M. McKinney
DENNIS M. MCKINNEY
Assistant Attorney General
State Bar No.13719300
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4020
Facsimile: (512) 320-0167
E-mail: dennis.mckinney@texasattorneygeneral.gov
*Attorneys for Amicus Curiae, Texas Department of Insurance, Division of Workers' Compensation*

**AGREED TO:**

/s/ *Brad McClellan by permission*
Brad McClellan
Attorney for Appellee Katina Edwards

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2015, I conferred with J. Red Tripp, counsel for Appellant, and counsel for Appellant indicated that she is not opposed to this motion.

/s/ *Dennis M. McKinney*
DENNIS M. MCKINNEY
Assistant Attorney General

3

## CERTIFICATE OF COMPLIANCE

I hereby certify compliance with Texas Rules of Appellate Procedure 9 and that there are 640 words in this document. Microsoft Word was used to prepare this filing and calculate the number of words in it.

*/s/ Dennis M. McKinney*
DENNIS M. MCKINNEY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served via e-service and email on the following on this the 13th day of March, 2015:

Brad McClellan
LAW OFFICES OF RICHARD PENA, P.C.
1701 Directors Blvd, Suite 110
Austin, Texas 78744
Telephone: (512) 327-6884
Facsimile: (512) 327-8354
brad.mcclellan@yahoo.com
*Attorney for Appellee*

J. Red Tripp
P.O. Box 13777
300 W. 15th Street, 6th Floor
Austin, Texas 78701
Telephone: (512) 936-1516
Facsimile: (512) 370-9189
Red.Tripp@sorm.state.tx.us
*Attorneys for Appellant*

*/s/ Dennis M. McKinney*
DENNIS M. MCKINNEY
Assistant Attorney General